15 So.3d 721 (2009)
T.W.H., a Child, Appellant,
v.
STATE of Florida, Appellee.
No. 5D08-4084.
District Court of Appeal of Florida, Fifth District.
July 14, 2009.
*722 James S. Purdy, Public Defender, and Rebecca M. Becker, Assistant Public Defender, Daytona Beach, for Appellant.
Bill McCollum, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Taylor v. State, 386 So.2d 825 (Fla. 3d DCA 1980); Hobbs v. State, 378 So.2d 321 (Fla. 2d DCA 1980); Franklin v. State, 356 So.2d 1352 (Fla. 2d DCA 1978); Fuller v. State, 294 So.2d 367 (Fla. 3d DCA 1974).
MONACO, C.J., COHEN and EVANDER, JJ., concur.